**Order filed February 25, 2020**



In The

# Fourteenth Court of Appeals

———————

**NO. 14-20-00024-CV**

———————

**TACHET L. WRIGHT, Appellant**

**V.**

**FOUNTAIN OAKS APARTMENTS, Appellee**

**On Appeal from County Civil Court at Law No. 4
Harris County, Texas
Trial Court Cause No. 1146670**

## ORDER

This appeal is from a judgment signed January 7, 2020. Appellant filed a notice of appeal on January 7, 2020. Appellant filed a Statement of Inability to Afford Payment of Court Costs in the trial court. "A party who files a Statement of Inability to Afford Payment of Court Costs cannot be required to pay costs except by order of the court as provided by this rule." *See* Tex. R. Civ. P. 145(a). Appellant has not been ordered to pay costs pursuant to Rule 145.

The court reporter, Alexandra McDaniel, informed this court that appellant has not requested the reporter's record be prepared and the trial court has not ordered that the record be prepared. We will consider and decide those issues that do not require a reporter's record unless appellant, **within 15 days** of the date of this order, provides this court with proof that a request to prepare the reporter's record has been made.

PER CURIAM

Panel Consists of Justices Bourliot, Hassan, and Poissant.